### January 7, 2000

| | | |
|---|---|---|
| 22126 | Chun v. City and County of Honolulu | Affirmed |
| 22400 | Silva v. County of Hawaii, Dept. of Public Works | Affirmed |
| 22157 | State v. Gonzalez | Affirmed |

### January 11, 2000

| | | |
|---|---|---|
| 22303 | Macugay v. State | Affirmed |
| 22253 | Udani v. State | Affirmed |

### January 26, 2000

| | | |
|---|---|---|
| 22387 | State v. Thongsonlone | Affirmed |

### January 31, 2000

| | | |
|---|---|---|
| 22361 | Ban v. Administrative Director of Courts, State of Hawaii | Affirmed |
| 21982 | Broussard v. County of Hawaii | Affirmed |
| 22390 | Cardin v. Tiogangco | Affirmed |
| 21797 | State v. Ili | Affirmed |
| 22296 | State v. Sanford | Vacated |

### February 1, 2000

| | | |
|---|---|---|
| 21060 | Bank of Hawaii v. Chun | Affirmed |
| 21810 | Higa v. Department of Land Utilization, City and County of Honolulu | Affirmed |
| 21809 | Thompson v. Department of Land Utilization, City and County of Honolulu | Affirmed |

### February 3, 2000

| | | |
|---|---|---|
| 21795 | State v. Caspino | Affirmed |

### February 18, 2000

| | | |
|---|---|---|
| 22470 | State v. Villegas | Affirmed |
| 22450 | State v. Wolf | Affirmed |

### February 23, 2000

| | | |
|---|---|---|
| 22487 | Parham v. Outrigger Canoe Club | Affirmed |

### February 29, 2000

| | | |
|---|---|---|
| 22508 | Robertson v. Wal-Mart Stores, Inc. | Affirmed |

### March 1, 2000

| | | |
|---|---|---|
| 22660, 22661 | State v. Dickerson | Affirmed |